IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLIE CLEMMONS, | : | |
| Petitioner, | : | |
| | : | 1:14-cv-2076 |
| v. | : | |
| | : | Hon. John E. Jones III |
| SUPERINTENDENT CAPOZA, | : | |
| *et al.*, | : | |
| Respondents. | : | |

## ORDER

**November 18, 2014**

**NOW, THEREFORE,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as a successive petition pursuant to 28 U.S.C. § 2244.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability.

s/ John E. Jones III
John E. Jones III
United States District Judge